## BOSTON & MAINE RAILROAD ET AL. *v.* UNITED STATES ET AL.

No. 230. Decided October 15, 1962.

*Joseph F. Eshelman, James Garfield, Conrad W. Ober-dorfer, Kenneth H. Lundmark, R. G. Bleakney, Jr., R. D. Brooks, R. B. Claytor, E. A. Kaier, W. T. Pierson* and *D. M. Tolmie* for appellants.

*Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Elliott H. Moyer* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission.

*R. Wray Henriott, W. L. Grubbs* and *Joseph L. Len-ihan* for the Louisville & Nashville Railroad Co. et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE WHITE took no part in the consideration or decision of this case.